## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
                Petitioner, )
    v. )
STUART WEISS, PRESIDENT, )
NEW JERSEY AUTO REPAIR, INC., )
                Respondent. )

**DECLARATION**

I, S. Strader, hereby declare as follows:

1. I am a duly commissioned Revenue Officer employed in the Office of the Area Director, Small Business Self Employed Collection Division, Internal Revenue Service, South Atlantic Area, Fort Lauderdale with a post of duty in Plantation, Florida. As a Revenue Officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

2. In my capacity as a Revenue Officer, I am conducting an investigation for the determination of the federal income tax liabilities (Form 1120) of New Jersey Auto Repair, Inc. for the taxable periods ending February 28, 1998, February 28, 2000, February 28, 2001, February 28, 2003, February 28, 2004, February 28, 2005, February 28, 2006, February 28, 2007 and February 28, 2008.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26 U.S.C., Revenue Officer

-1-

EXHIBIT A

S. Strader issued on February 4, 2010, an Internal Revenue Service summons (Form 2039) to Stuart Weiss, President, New Jersey Auto Repair, Inc. to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A-1.

4. On February 4, 2010, Revenue Officer S. Strader handed a copy of the summons to the person to whom it was directed. Service of the summons is evidenced by the certificate of service on the reverse side of the summons.

5. On March 2, 2010, the respondent, Stuart Weiss, President, New Jersey Auto Repair, Inc., did not appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. On April 7, 2010, Associate Area Counsel for the Internal Revenue Service sent a letter to the address of the respondent offering the respondent another opportunity to appear before Revenue Officer S. Strader on April 27, 2010, to satisfy the summons. The respondent was not responsive. The respondent's refusal to comply with the summons continues to the date of this petition. A copy of the letter is attached hereto as Exhibit A-2.

7. The respondent has in his possession, custody or control information, books, records, papers, and other data which may be relevant and material to the investigation.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the Federal income tax liabilities of New Jersey Auto Repair, Inc. for the tax periods ending February 28, 1998, February 28, 2000, February 28, 2001, February 28, 2003, February 28, 2004, February 28, 2005, February 28, 2006, February 28, 2007 and February 28, 2008.

9. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

10. A Justice Department referral, as defined by 26 U.S.C. Section 7602, is not in effect with respect to New Jersey Auto Repair, Inc. for the periods under investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11th__ day of __June__, 2010.

_S. Strader_
Revenue Officer



# Summons

In the matter of  **New Jersey Auto Repair Inc EIN 59-2214766**
Internal Revenue Service (Division): **Small Business / Self Employed**
Industry/Area (name or number): **Small Business / Self Employed - Area 23**
Periods:   **See Attachment 1 to Summons Form 2039 for Period Information**

## The Commissioner of Internal Revenue

To:   **Stuart Weiss, as President of New Jersey Auto Repair Inc**
At:   **601 NW 31st Ave Pompano Beach FL 33071**

You are hereby summoned and required to appear before MRS. S. STRADER, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All books, records, papers and other data in the possession or control of the New Jersey Auto Repair Inc, pertaining to the operation of the New Jersey Auto Repair Inc, for its (calendar or fiscal) year(s) ended See attachment for Period information, and reflecting the receipt or accrual of all income and expenses of the operation of New Jersey Auto Repair Inc, including, but not limited to: all corporate bank account records, including deposit tickets, canceled checks, debit and credit memos, statements of account, check registers, saving account passbooks, and records of certificates of deposit; all financial statements, including balance sheets and income statements, all accounting records, including general journals and ledgers; all stock books and records, minutes of board of directors and shareholders meetings and articles of incorporation and amendments thereto; all records of loans made and dividends paid to shareholders and shareholder's loans to the New Jersey Auto Repair Inc; and any and all books, records, documents, receipts, invoices, bills, canceled checks, ledgers and journals regarding expenses or expenditures of the New Jersey Auto Repair Inc; and any and all other books, records, documents, and receipts regarding income from the operation of the New Jersey Auto Repair Inc; compensation for goods and services, including fees and commissions, gains derived from dealing in property, interest, rentals, royalty, and dividend income, and income from the discharge of indebtedness, so that Federal Corporation Income Tax Return(s), Form(s) 1120, for the (calendar or fiscal) year(s) ended See attachment for Period information (for which years no return have been made) may be prepared. A blank Federal Corporation Income Tax Return is attached hereto as a guide to the production of the necessary books, records, and documents.

Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**
300 LOCK ROAD, DEERFIELD BEACH, FL 33442- - (954)725-1980

**Place and time for appearance at**   300 LOCK ROAD, DEERFIELD BEACH, FL 33442-

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 12-2008)
Catalog Number 21405J

on the __2nd__ day of __March__, __2010__ at __09:00__ o'clock __A__ m.
Issued under authority of the Internal Revenue Code this __4th__ day of __February__, __2010__

MRS. S. STRADER  /s/ Mrs. S. Strader
Signature of Issuing Officer

REVENUE OFFICER
Title

Signature of Approving Officer (if applicable)     Title

Original -- to be kept by IRS

EXHIBIT A-1



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 2-4-10

Time: 9:50 A

**How Summons Was Served**

1. [X] I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. [ ] I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. [ ] I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: Mrs. A. Strader

Title: Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____

Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

[ ] I gave notice by certified or registered mail to the last known address of the noticee.

[ ] I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

[ ] I gave notice by handing it to the noticee.

[ ] In the absence of a last known address of the noticee, I left the notice with the person summonsed.

[X] No notice is required.

Signature: Mrs. A. Strader

Title: Revenue Officer

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____

Title: _____

Form **2039** (Rev. 12-2008)

# Attachment 1 to Summons Form 2039

In the matter of  New Jersey Auto Repair Inc

Period information:  February 28, 1998, February 28, 2000, February 28, 2001, February 28, 3002, February 28, 2003, February 28, 2003, February 28, 2004, February 28, 2005, February 28, 2006, February 28, 2007, February 28, 2008



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
1000 S. PINE ISLAND ROAD, SUITE 300, STOP 8100
PLANTATION, FLORIDA 33324
(954) 423-7931
FAX (954) 423-7930

CC:SB:3:FTL:GL-114683-10
NJKlahr

APR - 7 2010

Stuart Weiss, President
New Jersey Auto Repair, Inc.
601 N.W. 31st Avenue
Pompano Beach, FL 33071

In re: New Jersey Auto Repair, Inc.
       U.S. Employer's Corporate Income Tax Return (Form 1120)
          Tax Periods Ending: 2/28/1998, 2/28, 2000,
          2/28/2001, 2/28/2003, 2/28/2004, 2/28/2005,
          2/28/2006, 2/28/2007, 2/28/2008
       Date Summons Served: February 4, 2010
       Appearance Date: March 2, 2010

Dear Mr. Weiss:

Small Business/Self-Employed Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on February 4, 2010, a copy of which is enclosed. Under the terms of the summons, you were required to appear before Revenue Officer S. Strader on March 4, 2010. Revenue Officer Strader is seeking information and documents pertaining to your outstanding U.S. Corporate Income Tax Returns for tax years 1998, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007 and 2008.

Legal proceedings may be brought against you in the United States District Court for not complying with the summons. To avoid such proceedings, you are to appear before Revenue Officer:

          Name:    S. Strader
          Date:    **April 27, 2010**
          Time:    **10:30 a.m.**
       Address:    Internal Revenue Service
                   300 Lock Road, Stop 5420
                   Deerfield Beach, FL 33442
                   (954) 725-1980

EXHIBIT A-2

CC:SB:3:FTL:GL-114683-10

     Any books, records or other documents called for in the summonses should be produced at that time.  If you have any questions, please contact Revenue Officer S. Strader at 954 725-1980.

                               Sincerely,

                               WILLIAM J. WILKINS
                               Chief Counsel

                       By: _John T. Lortie, Acting AAC for_
                             KENNETH A. HOCHMAN
                             Associate Area Counsel
                             (Small Business/Self-Employed)
                             IRS ID#58-06770

Enclosure:
    Copy of summons

cc: R.O. S. Strader