UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         )
                                  )
            Petitioner,            )
                                  )
        v.                         )
                                  )
STUART WEISS, PRESIDENT,           )
NEW JERSEY AUTO REPAIR, INC.,      )
                                  )
            Respondent.            )

**ORDER TO SHOW CAUSE**

Upon the Petition of the United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney for the Southern District of Florida, and the Declaration of Revenue Officer S. Strader of the Internal Revenue Service and the exhibits attached thereto, it is

ORDERED that Stuart Weiss, President, New Jersey Auto Repair, Inc. shall, appear before the United States District Court for the Southern District of Florida, presided over by the undersigned in his or her courtroom in the United States Courthouse in _____, Florida, on the _____ day of _____, 2010, at _____ .m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him on February 4, 2010.

It is further

ORDERED that a copy of this Order, together with the Petition and Exhibits thereto, be personally served upon Stuart Weiss, President, New Jersey Auto Repair, Inc. on or before _____, 2010; and

ORDERED that within five days of service of copy of this Order, the Petition and Exhibits, the respondent shall file and serve a written response to the Petition.

DATED at _____, this \_\_\_\_\_ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

Copies to: AUSA Marilynn K. Lindsey
           S. Strader, R. O.
           N. Klahr, Paralegal